**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC ORGANO,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | **Case No.:** 20-cv-140-LAB-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Joint Motion to Dismiss (Docket no. 24) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: May 26, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge

1